1

2

3                                                  JS - 6

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  RAY E. BENNETT JR.,        )     Case No. EDCV 12-01319 VAP
                               )     (DTBx)
12              Plaintiff,     )
                               )     **JUDGMENT**
13       v.                    )
                               )
14  THE LAKE HOUSE TAVERN,     )
                               )
15              Defendants.    )
    _____)
16

17  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18       Pursuant to the Order filed herewith, IT IS ORDERED

19  AND ADJUDGED that Plaintiff's Complaint is DISMISSED

20  WITHOUT PREJUDICE.  The Court orders that such judgment

21  be entered.

22

23

24  Dated:  December 7, 2012    _____
                                     VIRGINIA A. PHILLIPS
25                               United States District Judge

26

27

28